UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America,

        Plaintiff,

    v.

Roberth Gonzalez,

        Defendant.

Case No. 2:24-cr-00266-APG-EJY

**ORDER**

      The Court finds that Mr. Gonzalez has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

      IT IS THEREFORE ORDERED that Mr. Gonzalez is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

      IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

      IT IS FURTHER ORDERED this case is closed.

      DATED this 1st day of July, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3